**YU | MOHANDESI LLP**

**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
OneMain Financial Group, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANGIE HERRERA, | Case No.: 5:17-cv-00199-BRO (DTBx) |
|---|---|
| Plaintiff, | **STIPULATION FOR BINDING ARBITRATION** |
| v. | Judge Beverly R. O'Connell |
| ONEMAIN FINANCIAL GROUP, LLC, | |
| Defendant. | |

Plaintiff Angie Herrera ("Plaintiff") and Defendant OneMain Financial Group, LLC ("Defendant"), through their counsel of record, hereby stipulate as follows:

1. On or about February 3, 2017, Plaintiff filed a Complaint in the United States District Court for the Central District of California, entitled *Angie Herrera v. OneMain Financial Group, LLC*, Case Number 5:17-cv-00199-BRO (DTBx). The Complaint asserts two causes of action against Defendant: (1) violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227; and (2) violation of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788.

2. The contract between Plaintiff and Defendant contains an Arbitration provision. Rather than litigate the enforceability of that agreement, the parties have agreed to stipulate to Arbitrate their dispute through JAMS. The Parties also stipulate to stay the action in its entirety pending completion of the arbitration.

**IT IS SO STIPULATED.**

DATED: August 1, 2017

PRICE LAW GROUP, APC

By  */s/ Stuart M. Price*
Stuart M. Price
Attorneys for Plaintiff
Angie Herrera

DATED: August 1, 2017

YU | MOHANDESI LLP

By  */s/ Brett B. Goodman*
Brett B. Goodman
Attorneys for Defendant
OneMain Financial Group, LLC

SIGNATURE CERTIFICATION

**SIGNATURE CERTIFICATION PURSUANT TO L.R. 5-4.3.4(2)(i)**

I have obtained authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

DATED: August 1, 2017

                            YU | MOHANDESI LLP

By  */s/ Brett B. Goodman*
Brett B. Goodman
Attorneys for Defendant
OneMain Financial Group, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Central District of California.

The undersigned further certifies that a true and correct copy thereof was forwarded via the Court's ECF system on August 1, 2017, to counsel for Plaintiff.

DATED: August 1, 2017

YU | MOHANDESI LLP

By  */s/ Brett B. Goodman*
Brett B. Goodman
Attorneys for Defendant
OneMain Financial Group, LLC