UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE HERRERA,<br><br>  Plaintiff,<br><br>v.<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>  Defendants. | Case No.  ED CV 17-00199 BRO (DTBx)<br><br>**ORDER RE JOINT STIPULATION FOR ARBITRATION AND STAY OF ACTION AND ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY** |

The Court, having read the Joint Stipulation for Arbitration and Stay of Action, and, **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that:

  1.   The parties shall submit to binding arbitration;

  2.   The arbitration shall be conducted through JAMS;

  3.   This action shall be STAYED until the arbitration has been completed;

IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports.

 The first such report is to be filed on November 3, 2017, unless the stay is

1.

lifted sooner. Successive reports shall be filed every 90 days thereafter. Each report must indicate on the face page the date on which the next report is due.

All pending calendar dates are vacated by the Court.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED: August 2, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

2.