FILED
CLERK, U.S. DISTRICT COURT

JAN 2 9 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE HERRERA,<br><br>        Plaintiff,<br><br>v.<br><br>ONEMAIN FINANCIAL GROUP, LLC,<br><br>        Defendant.<br><br>                Defendant. | Case No.: 5:17-cv-00199-BRO-DTB<br><br>**ORDER** |

    Upon review of the Stipulation to Dismiss OneMain Financial Group, LLC with Prejudice [Doc. 19], filed by Plaintiff Angie Herrera and Defendant OneMain Financial Group, LLC and good cause appearing,

    **IT IS ORDERED** granting the Stipulation to Dismiss One Main Financial Group, LLC with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: Jan. 29 2018

_____
Honorable Beverly R. O'Connell
United States District Judge

VIRGINIA A. PHILLIPS, Chief U.S. District Judge

- 1 -

ORDER